Jennifer A. Scott (State Bar No. 204234)
HERUM CRABTREE BROWN
*A California Professional Corporation*
2291 West March Lane, Suite B-100
Stockton, California 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986

*Attorneys for Plaintiff Sarah Hansen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH HANSEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS; CHI MEI OPTOELECTRONICS USA, INC.; CHUNGHWA PICTURE TUBES LTD.; EPSON IMAGING DEVICES CORPORATION; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; IDT INTERNATIONAL LTD.; INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD.; INTERNATIONAL DISPLAY TECHNOLOGY USA INC.; LG PHILIPS LCD CO., LTD.; LG PHILIPS LCD AMERICA, INC.; NEC CORPORATION; NEC LCD TECHNOLOGIES, LTD.; NEC ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO. LTD.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; and TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD. | Case No. 3:07-cv-00304-SI<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF SARAH HANSEN |

1

PLEASE TAKE NOTE that Plaintiff Sarah Hansen, on behalf of herself, by and through the undersigned counsel, hereby voluntarily dismisses her claims against Defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In support of this Notice of Voluntary Dismissal, Plaintiff provides that:

WHEREAS on January 17, 2007, Plaintiff filed a Complaint in the United States District Court for the Northern District of California entitled *Sarah Hansen, et al. v. AU Optronics Corp., et al.*, No. 3:07-cv-00304-SI;

WHEREAS on May 11, 2007, that case was transferred by the Judicial Panel on Multidistrict Litigation to the Northern District of California (MDL No. 1827) for pretrial discovery;

WHEREAS on December 5, 2008 the Indirect Purchaser Plaintiffs filed a Second Amended Consolidated Complaint and plaintiff Sarah Hansen was not included as a party on that complaint.

Plaintiff Sarah Hansen, in consideration of the foregoing, hereby voluntarily dismisses without prejudice all claims against Defendants in the matter of *Sarah Hansen, et al. v. AU Optronics Corp., et al.*, Case No. 3:07-cv-0034-SI.

DATED: March 19, 2009

HERUM CRABTREE BROWN
*A California Professional Corporation*

By: /s/Jennifer A. Scott
JENNIFER A. SCOTT
2291 West March Lane, Suite B-100
Stockton, CA 95207
Telephone: (209) 472-7700
*Attorney for Plaintiff Sarah Hansen*



IT IS SO ORDERED
Judge Susan Illston

2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF SARAH HANSEN